①

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAVID HANCOCK and
MIGUEL ALCANTARA,

    Defendants.

No. 07-67M-MPT

## MOTION AND ORDER TO SEAL

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and hereby moves this Honorable Court to seal the criminal complaint and attached affidavit, arrest warrant, this Motion and Order to Seal, and the related file in the above-captioned case, as defendant Hancock has not yet been apprehended.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

Dated: April 13, 2007

AND NOW this 13th day of April, 2007, based upon the foregoing Motion, IT IS ORDERED that the criminal complaint and attached affidavit, arrest warrant, Motion and Order to Seal, and the related file in the above-captioned case be SEALED until further Order of the Court.

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware

FILED
APR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE