UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**DAVID HANCOCK**<br><br>    Defendant. | )<br>)<br>)<br>)<br>) CASE NO. **07-67M-2-MPT**<br>)<br>)<br>)<br>)<br>) |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **20**<sup>TH</sup> day of **APRIL , 2007**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Mary Pat Thynge
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc: Federal Public Defender
　　 First Federal Plaza, Suite# 110
　　 704 King Street
　　 Wilmington, DE  19801
　　 (302) 573-6010

　　 Defendant
　　 United States Attorney

