*FILED IN OPEN COURT on 4-24-07*
*RPG*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | No. 07- 60 UNA |
| DAVID HANCOCK and<br>MIGUEL ALCANTARA, | : | |
| Defendants. | : | |

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

By: *Douglas E. McC*
Douglas E. McCann
Assistant United States Attorney

Dated: April 24, 2007

**AND NOW,** this ___24___ day of ___April___, 2007, upon the foregoing Motion, it is

**ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
APR 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE