IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07- 60 -UNA |
| DAVID HANCOCK, | : | |
| Defendant. | : | |

**INFORMATION PURSUANT TO 21 U.S.C. § 851**

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that DAVID HANCOCK, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Sections 841, by virtue of the defendant's prior convictions for felony drug offenses, to wit, (1) Trafficking in Cocaine (5 grams to 50 grams), in the Superior Court of Delaware in and for New Castle County, date of conviction on or about June 10, 1996; (2) Possession of Narcotic Schedule II Controlled Substance within 1000 Feet of a School, in the Superior Court of Delaware in and for New Castle County, date of conviction on or about January 11, 2000; and (3) Distribution, Delivery or Possession of a Controlled Substance Within 300 Feet of a Park, in the Superior Court of Delaware in and for New Castle County, date of conviction on or about January 11, 2000.

FILED
APR 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: April 24, 2007

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that I caused the foregoing Information Pursuant to 21 U.S.C. § 851 (D.I. 7) to be served on David Hancock by hand on April 24, 2007.

_____
Douglas E. McCann