UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
     vs.                            )   CASE NO. 07-60-1 GMS
                                    )
DAVID HANCOCK,                      )
                                    )
            Defendant.              )

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *May 10, 2007* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *August 3, 2007*. The time between the date of this order and *August 3, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                    _____
                                    Honorable Mary Pat Thynge
                                    U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney


FILED
MAY 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE