AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

DAVID HANCOCK

**WARRANT FOR ARREST**

Case Number: 07-67M-1-MPT

CR. 07-60 GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAVID HANCOCK _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO POSSESS AND ATTEMPT TO POSSESS WITH THE INTENT TO DISTRIBUTE MORE THAN 500 GRAMS OF COCAINE

in violation of Title ____ 21 ____ United States Code, Section(s) ____ 841(a)(1) and (b)(1)(B) and 846; 18:2 ____

HONORABLE MARY PAT THYNGE
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

APRIL 13, 2007 at WILMINGTON, DE
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 4-13-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-19-07 | William David, DUSM | William David |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____