IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal |
| | ) No. ~~07-67M~~ 07-60 GmS |
| V. | ) |
| David Hancock | ) |
| Defendant | ) |

ENTRY OF APPEARANCE

Please enter my appearance on behalf of David Hancock in the above captioned matter.

Michael F. Giampietro, Esquie
PA ID # 31171
239 South Camac Street
Philadelphia, PA 19107
215-985-1800

_/s/ M. G._

Michael F. Giampietro, Esquire

**FILED**

JUL 3 0 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE