IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-60 GMS |
| DAVID HANCOCK and MICHAEL ALCANTARA | : |
| | : |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the scheduling conference regarding the above-captioned defendants is rescheduled, in chambers, to **Friday, September 21, 2007, at 12:00 p.m.** before the Honorable Gregory M. Sleet, Chief United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 13, 2007