**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07 –60 GMS |
| | : | |
| DAVID HANCOCK and | : | |
| MIGUEL ALCANTARA, | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR**
**EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

**NOW COMES** the United States through counsel, and respectfully state as follows:

1.      On September 28, 2007, the Court held a scheduling conference in this matter.

2.      At the scheduling conference, counsel for defendant Alcantara indicated that defendant Alcantara might plead guilty.  The Court set a tentative change of plea date for October 30, 2007.

3.      At the scheduling conference, counsel for defendant Hancock indicated that defendant Hancock would likely go to trial.  Counsel for defendant Hancock advised the Court that he would not be able to try the case before January 1, 2008.  The Court set a trial date for January 14, 2008.

4.      The government requests that, in the interest of justice, 18 U.S.C. §3161(h)(8)(A), the Court extend the Speedy Trial Act deadline until the date of the trial, and find that the ends of justice (i.e., the prospect that some of the pending charges will be resolved without the necessity for a trial, and because counsel for defendant Hancock will not be able to try the case before

January, 2008) served by such an exclusion would outweigh the best interest of the public and

the defendants in a speedy trial.

  **WHEREFORE**, the government requests an exclusion of time under the Speedy Trial

Act for the reasons stated.


       COLM F. CONNOLLY
       United States Attorney


      By: /s/ Douglas E. McCann
       Douglas E. McCann
       Assistant United States Attorney

Dated: September 28, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07 –60 GMS |
| | : | |
| DAVID HANCOCK and | : | |
| MIGUEL ALCANTARA, | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

WHEREAS, on September 28, 2007, the Court held a scheduling conference in this matter;

WHEREAS, at the scheduling conference, counsel for defendant Alcantara indicated that defendant Alcantara might plead guilty.  The Court set a tentative change of plea date for October 30, 2007;

WHEREAS, at the scheduling conference, counsel for defendant Hancock indicated that defendant Hancock would likely go to trial.  Counsel for defendant Hancock advised the Court that he would not be able to try the case before January 1, 2008.  The Court set a trial date for January 14, 2008;

NOW THEREFORE, IT IS HEREBY ORDERED this ___ day of _____, 2007, that because the Court finds that the ends of justice (i.e., the prospect that some of the pending charges will be resolved without the necessity for a trial, and because counsel for defendant Hancock will not be able to try the case before January, 2008) are served by an exclusion of time under the Speedy Trial Act, and because the Court finds that such an exclusion for the reasons cited outweigh the best interest of the public and the defendants in a speedy trial,

the Court excludes the time from the date of this Order until January 14, 2008, in the interests of

justice, 18 U.S.C. §3161(h)(8)(A).

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I, Douglas E. McCann, hereby certify that on September 28, 2007, I caused the foregoing **MOTION FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** to be served on the following counsel in the manner indicated:

**BY FIRST CLASS MAIL**

Michael F. Giampietro, Esquire
239 S. Camac Street
Philadelphia, PA 19107

Attorney for David Hancock


**BY CM/ECF**

Eleni Kousoulis, Esquire
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com


Attorney for Miguel Alcantara

                                     /s/ Douglas E. McCann
                                    Douglas E. McCann