IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07 –60 GMS |
| | : | |
| DAVID HANCOCK and | : | |
| MIGUEL ALCANTARA, | : | |
| | : | |
| Defendants. | : | |

## ORDER

WHEREAS, on September 28, 2007, the Court held a scheduling conference in this matter;

WHEREAS, at the scheduling conference, counsel for defendant Alcantara indicated that defendant Alcantara might plead guilty. The Court set a tentative change of plea date for October 30, 2007;

WHEREAS, at the scheduling conference, counsel for defendant Hancock indicated that defendant Hancock would likely go to trial. Counsel for defendant Hancock advised the Court that he would not be able to try the case before January 1, 2008. The Court set a trial date for January 14, 2008;

NOW THEREFORE, IT IS HEREBY ORDERED this 2nd day of Oct., 2007, that because the Court finds that the ends of justice (i.e., the prospect that some of the pending charges will be resolved without the necessity for a trial, and because counsel for defendant Hancock will not be able to try the case before January, 2008) are served by an exclusion of time under the Speedy Trial Act, and because the Court finds that such an exclusion for the reasons cited outweigh the best interest of the public and the defendants in a speedy trial,

the Court excludes the time from the date of this Order until January 14, 2008, in the interests of justice, 18 U.S.C. §3161(h)(8)(A).

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED

OCT - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE