IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-60-GMS |
| ) | |
| DAVID HANCOCK, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

**PLEASE** enter in the appearance of Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, as co-counsel of record for the government in the above-captioned case.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

BY: /s/ Robert F. Kravetz
    Robert F. Kravetz
    Assistant United States Attorney
    Nemours Building, Suite 700
    1007 Orange Street
    P.O. Box 2046
    Wilmington, DE 19899-2046
    302-573-6277, x133

Dated: December 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-60-GMS |
| ) | |
| DAVID HANCOCK, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office for the District of Delaware, hereby certify that on the 5th day of December 2007, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Michael F. Giampietro, Esq.
239 S. Camac Street
Philadelphia, PA 19107

_____
Sherry Kaminski