

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

| | |
|---|---|
| *The Nemours Building* | *(302) 573-6277* |
| *1007 Orange Street, Suite 700* | *FAX (302) 573-6220* |
| *P.O. Box 2046* | |
| *Wilmington, Delaware 19899-2046* | |

January 2, 2008

**BY CM/ECF**

Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, Delaware 19801

      **RE:   United States v. Hancock, Cr. A. No. 07-60 GMS**

Dear Chief Judge Sleet:

    The government is filing contemporaneously herewith a proposed set of jury instructions and special voir dire.  The government did not receive input from the defendant as of the date of this letter.

                             Respectfully submitted,

                             COLM F. CONNOLLY
                             United States Attorney


                    BY: /s/ Douglas E. McCann
                         Douglas E. McCann
                         Assistant United States Attorney

Enclosures

cc:     Michael F. Giampietro, Esquire
        Robert F. Kravetz, AUSA