**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-60-GMS |
| | ) |
| DAVID HANCOCK, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S REQUEST FOR SPECIAL VOIR DIRE**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann and Robert F. Kravetz, Assistant United States Attorneys, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case:

1. Do you know (witness list to be supplied)?

2. This case involves various narcotics charges. Is there anything about the nature of the charges that would prevent you from being an impartial juror?

3. Have you, or any close relative, ever been investigated by the Drug Enforcement Administration of the Wilmington Police Department?

4. Would the fact that the Drug Enforcement Administration and the Wilmington Police Department were involved in the investigation in this case interfere with your ability to be fair and impartial?

5. Have you served on a jury for a criminal case or on a Grand Jury before?

6. Other than traffic offenses, have you or any members of your family ever been the subject of a criminal investigation and/or charged with a criminal offense?

7. Have you or any members of your family been charged with a drug crime?

8. Do you believe that the possession, sale or use of drugs should be legalized?

9. Have you or any close relative ever undergone an inpatient or outpatient drug treatment program?

10. Have you ever testified in a criminal case?

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

By: /s/ Douglas E. McCann
     Douglas E. McCann
     Assistant United States Attorney

     /s/ Robert F. Kravetz
     Robert F. Kravetz
     Assistant United States Attorney

Dated: January 2, 2008