IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-60-1 GMS |
| | ) | |
| DAVID HANCOCK | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED that:

1. The two-day, jury trial of this case is RESCHEDULED to commence on **Tuesday, February 5, 2008, at 9:30 a.m.** in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel are to arrive at **9:00 a.m.** on the first morning of the trial; and

2. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served outweigh the best interest of the public and the defendant in holding trial before February 5, 2008.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

January 14, 2008