IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-60-1 GMS |
| | : |
| DAVID HANCOCK | : |

**ORDER**

IT IS HEREBY ORDERED that a hearing regarding the status of representation of the above-captioned defendant is scheduled for **Thursday, January 31, 2008, at 9:15 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

January 18, 2008