COURT FOR THE DISTRICT OF DELEWARE

UNITED STATES OF AMERICA,

V   PLANTIFF

DAVID HANCOCK

CRIMINAL ACTION

CR 07-60

DEFENDENT

FILED
JAN 14 2008
U.S.
DISTRICT OF DELAWARE

BD scanned

MOTION TO DISMISS ATTORNEY

LAW

1 UNDER THE SIXTH AMENDMENT TO THE CONSTITUTION THE DEFENDENT IS ENTITLED TO APPOINTMENT OF COUNSEL

2 ADEQUATE REPRESENTATION OF THE DEFENDENT, REPRESENTATION UNDER EACH PLAN SHALL INCLUDE COUNSEL, INVESTIGATOR, EXPERT, AND OTHER SERVICE NECESSARY FOR ADEQUATE REPRESENTATION.

3. THE PROFFESSIONAL RULES OF CONDUCT FOR THE STATE OF NEW JERSEY RPC 1.1 (A) LAWYER SHALL NOT HANDLE OR NEGLECT A MATTER ENTRUSTED TO THE LAWYER IN SUCH A MANNER THAT THE LAWYER CONDUCT CONSTITUTES GROSS NEGLIGENCE.

(B) EXHIBIT A PATTERN OF NEGLIGENCE OR NEGLECT IN

THE LAWYERS HANDLING OF LEGAL MATTERS GENERALLY.

RPC 1.2 A LAWYER SHALL ABIDE BY A CLIENTS DECISION CONCERNING THE SCOPE OF OBJECTS OF REPRESENTATION, SUBJECT TO PARAGRAPHS (C) AND (D) AND AS REQUIRED BY RPC 1.4 SHALL CONSULT WITH ABOUT THE MEANS TO PURSUE THEM A LAWYER MAY TAKE SUCH ACTIONS ON BEHALF OF THE CLIENT AS IS IMPLIED AND AUTHORIZED TO CARRY OUT THE REPRESENTATION. A LAWYER SHALL ABIDE BY CLIENTS DECISION WHETHER TO SETTLE A MATTER IN A CRIMINAL CASE, THE LAWYER SHALL CONSULT WITH THE CLIENT AND, FOLLOWING CONSULTATION, SHALL ABIDE BY THE CLIENTS DECISION ON THE PLEA TO BE ENTERED, JURY TRIAL, AND WHETHER THE CLIENT WILL TESTIFY.

RPC 1.3 A LAWYER SHALL ~~ACT~~ ACT WITH REASONABLE DILIGENCE AND PROMPTNESS IN REPRESENTING A CLIENT

RPC 1.4 A LAWYER SHALL FULLY INFORM A PROSPECTIVE CLIENT OF HOW, WHEN AND WHERE THE CLIENT MAY COMMUNICATE WITH THE LAWYER.
B. A LAWYER SHALL KEEP A CLIENT REASONABLY INFORMED ABOUT THE STATUS OF A MATTER AND PROMPTLY COMPLY WITH

WITH REASONABLE REQUEST FOR INFORMATION.

C. A LAWYER SHALL EXPLAIN A MATTER TO THE EXTENT REASONABLY NECESSARY TO PERMIT THE CLIENT TO MAKE INFORMED DECISIONS REGARDING THE REPRESENTATION.

## Lawyer Conduct

* ATTORNEY REFUSES TO PROVIDE DEFENDENT WITH EXPERT.
* ATTORNEY REFUSES TO PUT IN MOTIONS OF DEFENDENTS BEHALF
* ATTORNEY DOES NOT COMMUNICATE WITH DEFENDENT.
* ATTORNEY HAS SHOWN LITTLE EFFORT IN ASSISTING THE DEFENDENT WITH LEGAL MATTERS.
* ATTORNEY HAS NOT PROVIDED DEFENDENT WITH INVESTIGATOR.
* DEFENDENT HAS NOT RECIEVED FULL DISCOVERY.

---

DEFENDENT WOULD LIKE TO TERMINATE ATTORNEY. CLIENT AND LAWYER RELATIONSHIP IS IN SHAMBLES. WE ARE NOT ON THE SAME PAGE. DEFENDENT IS RESPECTFULLY ASKING THIS COURT TO PROVIDE ADEQUATE REPRESENTATION WITH THE SUBSTANCIAL AMOUNT OF TRIAL EXPERIENCE OR GIVE DEFENDENT 30 DAYS TO FIND HIS OWN. DEFENDENT WOULD LIKE TO HAVE A HEARING ON THESE ISSUES.    RESPECTFULLY SUBMITTED,

1/10/08

Dominick Hancock