IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  :
:
    Plaintiff,  :
:
v.  :  Criminal Action No. 07-60-01 GMS
:
DAVID HANCOCK,  :
:
    Defendant.  :

## ORDER

IT IS HEREBY ORDERED this 4th day of Feb., 2008, that

1. The government's Motion to Exclude Time Under the Speedy Trial Act is GRANTED;

2. The Court finds that the possibility that a short continuance to allow for the appointment of new counsel, and to allow that attorney to become familiar with the case outweighs the public and defendant's interest in a speedy trial, and excludes the time between the date of this order, and next scheduling conference held in this case, under the Speedy Trial Act in the interest of justice.

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE



FILED

FEB - 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE