IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )| |
| Plaintiff,           ) | |
| )| |
| v.           ) | No. 07-60-GMS |
| )| |
| DAVID HANCOCK, and           ) | |
|     MIGUEL ALCANTARA           ) | |
| )| |
| Defendants.           ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE withdraw the appearance of Douglas E. McCann from the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorneys
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

DATED: April 15, 2008