IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-60-GMS |
| ) | |
| DAVID HANCOCK, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR STATUS CONFERENCE

NOW COMES the United States, by and through its attorney Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney, and John S. Malik, Esq, Attorney for defendant David Hancock, and hereby moves for the Court to schedule a status conference in the above-captioned matter.

In support of this motion, the parties assert that Court entered an order dated February 4, 2008, continuing trial in this matter to allow for new counsel to be appointed to represent defendant, as well as for new counsel to become familiar with the facts of defendant's case. John S. Malik, Esq. was appointed by the Court to represent defendant. Mr. Malik has met extensively with defendant to discuss defendant's case. Accordingly, the parties respectfully request that the court schedule a status conference in this matter.

                                                Respectfully Submitted,
                                                COLM F. CONNOLLY

                                                /s/ Robert F. Kravetz
                         By:   Robert F. Kravetz
                               Assistant United States Attorney

Dated: May 22, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-60-GMS |
| ) | |
| DAVID HANCOCK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington this _____ day of _____ 2008, having considered the parties' Joint Motion for a Status Conference, IT IS ORDERED that the motion is GRANTED and that a status conference shall commence on_____, at _____,

                                                            _____
                                                            Hon. Gregory M. Sleet
                                                            Chief United States District Judge