IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-60-GMS |
| | ) |
| DAVID HANCOCK, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 29th day of May 2008, having considered the parties' Joint Motion for a Status Conference, IT IS ORDERED that the motion is GRANTED and that a status conference shall commence on June 12, 2008, at 3:00 pm, in chambers

Hon. Gregory M. Sleet
Chief United States District Judge

FILED
JUN - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2