IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-60-GMS |
| | ) | |
| DAVID HANCOCK, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

NOW COMES the United States, by and through its attorney Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney, and John S. Malik, Esq, Attorney for defendant David Hancock, and hereby moves for the Court to continue the status conference scheduled for June 12, 2008, in the above-captioned matter.

In support of this motion, the parties assert that defense counsel is on vacation the weeks of June 9, 2008 and June 16, 2008. In addition, counsel for the Government is involved in presenting a CLE program at the district court that is scheduled for the entire afternoon of June 12, 2008.

Accordingly, the parties respectfully request that the Court continue the status conference scheduled in this matter to the week of June 23, 2008, or to such other time that is convenient to the Court's schedule.

Respectfully Submitted,
COLM F. CONNOLLY

/s/ Robert F. Kravetz
By:   Robert F. Kravetz
Assistant United States Attorney

Dated: June 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
    v.                              )        Criminal Action No. 07-60-GMS
                                    )
DAVID HANCOCK,                      )
                                    )
            Defendant.              )

## ORDER

At Wilmington this _____ day of _____ 2008, having considered the parties' Joint

Motion to Continue Status Conference, IT IS ORDERED that the motion is GRANTED and that the

status conference shall be rescheduled to commence on_____, at _____,

_____
Hon. Gregory M. Sleet
Chief United States District Judge