IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-60-GMS |
| | ) | |
| DAVID HANCOCK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 10th day of June 2008, having considered the parties' Joint Motion to Continue Status Conference, IT IS ORDERED that the motion is GRANTED and that the status conference shall be rescheduled to commence on July 14, 2008, at 11:00 am.

Hon. Gregory M. Sleet
Chief United States District Judge

FILED

JUN 1 0 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2