IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-60-1 GMS |
| | ) | |
| DAVID HANCOCK | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

A scheduling conference regarding the above-captioned case was held on July 14, 2008.

IT IS HEREBY ORDERED that:

1. The defendant will file a motion to suppress by **July 28, 2008.** The government's response will be due by **August 11, 2008.**

2. A motions hearing is scheduled for **Thursday, October 23, 2008, at 10:00 a.m.** in Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE;

3. A further schedule will be discussed and set during the motions hearing scheduled for October 23, 2008; and

4. Pursuant to 18 U.S.C. § 3161(h)(8)(A), and based on the facts presented by the parties, the ends of justice served outweigh the best interest of the public and the defendant in holding the motions hearing before October 23, 2008.

July 14, 2008                              /s/ Gregory M. Sleet
                                           CHIEF, UNITED STATES DISTRICT JUDGE